| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEREMY W. FAITH, SBN 190647<br>MONSI MORALES, SBN 235520<br>NOREEN A. MADOYAN, SBN 279227<br>MARGULIES FAITH LLP<br>16030 Ventura Boulevard, Suite 470<br>Encino, CA 91436<br>Telephone: (818) 705-2777<br>Facsimile: (818) 705-3777<br>Email: Jeremy@MarguliesFaithLaw.com<br>Email: Monsi@MarguliesFaithLaw.com<br>Email: Noreen@MarguliesFaithLaw.com<br><br>☐ *Plaintiff(s) appearing without attorney*<br>☒ *Attorney for Plaintiff(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>SAEID FAAL,<br><br>                                      Debtor(s). | CASE NO.: 1:18-bk-10630-MB<br>CHAPTER: 7<br>ADVERSARY NO.: 1:18-ap-01089-MB |
|---|---|
| NANCY J. ZAMORA, Chapter 7 Trustee,<br><br>                                      Plaintiff(s),<br>vs.<br>MAX KAY, aka MANSOUREDIN KHAYATZADEH, aka MANSOUREDIN ZADEH, aka MANSOUREDIN KHAYATZA, an individual; HAL KAY, an individual; DAVID KAY, an individual; ALEX KAY, an individual; HANNA KAY, an individual; SOHEYLA ZOVEIDAT, an individual; JALAL FAAL, an individual; SUSAN KEYHANI, an individual; ARGONAUTA, a California Limited Liability Company; 18343 CALVERT, a California Corporation, and ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO THE CHAPTER 7 ESTATE'S TITLE, OR ANY CLOUD ON THE CHAPER 7 ESTATE'S TITLE THERETO,<br>                                      Defendant(s). | **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br>[No Hearing Required] |

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought (*specify name*): David KAY

2. Plaintiff filed the complaint in this adversary proceeding on (*specify date*): 08/06/2018

3. The summons and complaint were served on Defendant by    ☐ Personal Service    ☒ Mail Service
   on the following date (*specify date*): 08/06/2018

4. A conformed copy of the executed service of summons form is attached hereto.

5. The time for filing an answer or other responsive pleading expired on (*specify date*): 09/05/2018

6. No answer or other responsive pleading has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

Date: 09/07/2018

/s/ Noreen A. Madoyan
Signature

Noreen A. Madoyan
*Printed name of Plaintiff or attorney for Plaintiff*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Noreen A Madoyan<br>Margulies Faith LLP<br>16030 Ventura Blvd #470<br>Encino, CA 91436<br><br>818-705-2777<br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY

| In re:<br><br>Saeid Faal<br><br><br>Debtor(s). | CASE NO.: 1:18-bk-10630-MB<br><br>CHAPTER: 7<br><br><br>ADVERSARY NUMBER: 1:18-ap-01089-MB |
|---|---|
| Nancy J. Zamora, Chapter 7 Trustee<br><br>Plaintiff(s)<br>Versus<br>Max Kay<br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **09/05/2018.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
   **Date:**            **October 11, 2018**
   **Time:**            **01:30 PM**
   **Hearing Judge:**   **Martin R. Barash**
   **Location:**        **21041 Burbank Blvd, Crtrm 303, Woodland Hills, CA 91367**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*        Page 1        **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: August 6, 2018

By: _____"s/" Kathy Ogier_____

Deputy Clerk



---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*  Page 2  **F 7004–1.SUMMONS.ADV.PROC**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Nancy J. Zamora, Chapter 7 Trustee | Max Kay<br>Hal Kay<br>David Kay<br>Alex Kay<br>Hanna Kay<br>Soheyla Zoveidat<br>Jalal Faal<br>Susan Keyhani<br>Argonauta, LLC<br>18343 Calvert<br>All Persons Unknown, Claiming Any Legal Or Equitable Interest In The Property Described In The Complaint Adverse To The Chapter 7 Estate's Title, Or Any Cloud On The Chapter 7 Estate's Title<br>Mansouredin Khayatzadeh<br>Mansouredin Zadeh<br>Mansouredin Khayatza |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the following documents entitled
1. **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1] (Dkt. No. 2-1);**
2. **COMPLAINT FOR: (1) QUIET TITLE; and (2) TURNOVER [11 U.S.C. § 542(a) [Dkt. No. 1]; and**
3. **STATUS CONFERENCE PROCEDURES FOR THE HON. MARTIN R. BARASH with LOCAL BANKRUPTCY RULE FORM F7016-1.STATUS.REPORT [Dkt. No. 2]**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 6, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**TRUSTEE: Jeremy W. Faith (TR)**   Trustee@MarguliesFaithlaw.com, C118@ecfcbis.com; Helen@MarguliesFaithLaw.com;leedowding@gmail.com
**ATTORNEY FOR TRUSTEE: Noreen A Madoyan**   Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com; Victoria@MarguliesFaithlaw.com
**U.S. TRUSTEE: United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 6, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 6, 2018 | Victoria Castrellon | /s/ Victoria Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION (if needed):

**2. SERVED BY UNITED STATES MAIL:**

| | | |
|---|---|---|
| **Via U.S. Mail:**<br>**JUDGE:**<br>Honorable Martin R. Barash<br>U.S. Bankruptcy Court<br>21041 Burbank Blvd., Suite 342<br>Woodland Hills, CA 91367<br>(executed summons only) | | |
| **VIA CERTIFIED MAIL:**<br>Max Kay<br>aka Mansouredin Khayatzadeh<br>aka Mansouredin Zadeh<br>aka Mansouredin Khayatza<br>20416 Blythe Street<br>Canoga Park, CA 91306-2238 | **VIA CERTIFIED MAIL:**<br>Max Kay<br>aka Mansouredin Khayatzadeh<br>aka Mansouredin Zadeh<br>aka Mansouredin Khayatza<br>4625 Louise Avenue<br>Encino, CA 91316-3924 | **VIA CERTIFIED MAIL:**<br>Hal Kay<br>1175 W. Blaine Street #106<br>Riverside, CA 92507-3650 |
| **VIA CERTIFIED MAIL:**<br>Hal Kay<br>4625 Louise Avenue<br>Encino, CA 91316-3924 | **VIA CERTIFIED MAIL:**<br>David Kay<br>4625 Louise Avenue<br>Encino, CA 91316 | **VIA CERTIFIED MAIL:**<br>David Kay<br>20416 Blythe Street<br>Winnetka, CA 91306-2238 |
| **VIA CERTIFIED MAIL:**<br>Alex Kay<br>4625 Louise Avenue<br>Encino, CA 91316 | **VIA CERTIFIED MAIL:**<br>Alex Kay<br>18343 Calvert Street<br>Tarzana, CA 91335-7004 | **VIA CERTIFIED MAIL:**<br>Hanna Kay<br>5292 Newcastle Avenue, #24<br>Encino, CA 91316-3055 |
| **VIA CERTIFIED MAIL:**<br>Hanna Kay<br>4625 Louise Avenue<br>Encino, CA 91316 | **VIA CERTIFIED MAIL:**<br>Soheyla Zoveidat<br>14536 Roscoe Blvd., Apt. 216<br>Panorama City, CA 91402-4103 | **VIA CERTIFIED MAIL:**<br>Soheyla Zoveidat<br>4625 Louise Avenue<br>Encino, CA 91316-3924 |
| **VIA CERTIFIED MAIL:**<br>Soheyla Zoveidat<br>18343 Calvert Street<br>Tarzana, CA 91335-7004 | **VIA CERTIFIED MAIL:**<br>Jalal Faal<br>20212 Gilmore Street<br>Winnetka, CA 91306-4212 | **VIA CERTIFIED MAIL:**<br>Jalal Faal<br>18343 Calvert Street<br>Tarzana, CA 91335-7004 |
| **VIA CERTIFIED MAIL:**<br>Susan Keyhani<br>20212 Gilmore Street<br>Winnetka, CA 91306-4212 | **VIA CERTIFIED MAIL:**<br>Argonauta, LLC<br>4625 Louise Avenue<br>Encino, CA 91316 | **VIA CERTIFIED MAIL:**<br>Argonauta, LLC<br>Agent for Service of Process:<br>Hal Kay<br>4625 Louise Avenue<br>Encino, CA 91316 |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

Case 1:18-ap-01089-MB    Doc 2    Filed 09/06/18    Entered 09/06/18 17:31:21    Desc
Main Document    Page 6 of 6

| | | |
|---|---|---|
| **VIA CERTIFIED MAIL:**<br>18343 Calvert, a California Corporation<br>18343 Calvert Street<br>Tarzana, CA 91335-7004 | **VIA CERTIFIED MAIL:**<br>18343 Calvert, a California Corporation<br>Agent for Service of Process:<br>National Registered Agents, Inc.<br>c/o Amanda Garcia<br>818 W. Seventh St., Ste. 930<br>Los Angeles, CA 90017 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled: **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/07/2018  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ATTORNEY FOR CHAPTER 7 TRUSTEE: Jeremy Faith     Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Noreen@MarguliesFaithlaw.com; Victoria@MarguliesFaithlaw.com
ATTORNEY FOR CHAPTER 7 TRUSTEE: Noreen A Madoyan     Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com
OUST: United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
CHAPTER 7 TRUSTEE: Nancy J Zamora (TR)    zamora3@aol.com, nzamora@ecf.epiqsystems.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 09/07/2018  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE: Hon. Martin R. Barash, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 342, Woodland Hills, CA 91367
DEFENDANT: David Kay - 4625 Louise Avenue, Encino, CA 91316
DEFENDANT: David Kay - 20416 Blythe Street, Winnetka, CA 91306-2238

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NONE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/07/2018 | Victoria Castrellon | /s/ Victoria Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                            Page 2                     **F 7055-1.1.REQ.ENTER.DEFAULT**